No. 17,468.

In re Estate of Sand.
Sand v. Epperson, Executor.
(277 P. [2d] 526)

Decided December 13, 1954.   Rehearing denied January 3, 1955.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. John P. Thompson, Mr. Stanley C. Johnson, for plaintiff in error.

Mr. Dudley F. McClary, for defendant in error.

Mr. George A. Epperson, Pro se.